UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA HANSON,<br><br>         Plaintiff,<br><br>  -against-<br><br>MIGUEL MARTINEZ, Air Force Soldier,<br><br>         Defendant. | 24cv6567 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the September 26, 2024, order, this action is dismissed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: September 30, 2024
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge